UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CROP PRODUCTION SERVICES, INC. ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ALLEN HAMPTON, d/b/a, ) <br> ALLEN HAMPTON FARMS, ) <br> ) <br> Defendants. ) | Case No. 1:15cv103 SNLJ |

## **MEMORANDUM and ORDER**

On September 1, 2015, this Court entered a default judgment against defendant Allen Hampton, d/b/a Allen Hampton Farms in the amount of $134,739.78, interest, reasonable attorney's fees of $1,360.00, and all court costs. At the time of execution of the Garnishment of record, $63,289.24 remains unsatisfied on that Judgment. Plaintiff seeks to garnish the remaining judgment from garnishee Focus Bank, and, on September 13, 2016, the Court issued a Writ of Execution and Summons directed to garnishee Focus Bank directed to any and all property belonging to and assets of defendants/judgment debtors. The Writ of Execution and Interrogatories to Garnishee were served on Focus Bank on September 20, 2016 with a return date of October 17, 2016. Garnishee filed answers on November 7, 2016.

Plaintiff filed "Exceptions to Interrogatory Answers filed by Garnishee Focus Bank" on November 15, 2016 (#25) and seeks an order directing Focus Bank to fully

1

answer the Garnishment Interrogatories, to provide plaintiff with account statements or other documentation supporting its Answers, to deliver any property not previously delivered to the Court to be so delivered to the Court. Although the document has not been styled as a motion, the Court will treat it as such.

Plaintiff's motion states that "Garnishee claims that no accounts existed, but that it loaned Defendants money, but then claimed to enclose a check payable to the Court." The Court agrees that garnishee's response is puzzling. Furthermore, the Clerk returned the check sent to the Court by garnishee because it was not made payable to the U.S. District Court. (#24.) No response to plaintiff's motion has been filed.

The Court will grant the relief requested by plaintiff.

Accordingly,

IT IS HEREBY ORDERED that the relief requested in plaintiff's "Exceptions to Interrogatory Answers filed by Garnishee Focus Bank" (#25) is GRANTED.

IT IS FURTHER ORDERED that Focus Bank shall fully answer the Garnishment Interrogatories, provide plaintiff with account statements or other documentation supporting its Answers, and deliver any property not previously delivered to the Court to be so delivered to the Court no later than December 12, 2016.

Dated this   2nd   day of December, 2016.

```
_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE
```